**SET ASIDE and REMAND; and Opinion Filed September 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00814-CV

**RICHARDSON CHRYSLER JEEP DODGE RAM, Appellant**
**V.**
**JAMES RHODES, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05795**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Lang-Miers

Before the Court is appellant's September 15, 2015 motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences and asks us to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We grant appellant's motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150814F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARDSON CHRYSLER JEEP
DODGE RAM, Appellant

No. 05-15-00814-CV        V.

JAMES RHODES, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-05795.
Opinion delivered by Justice Lang-Miers.
Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** this case to the trial court for rendition of judgment in accordance with the parties' agreement.

Subject to any agreement between the parties, we **ORDER** that appellee JAMES RHODES recover his costs of this appeal from appellant RICHARDSON CHRYSLER JEEP DODGE RAM.

Judgment entered this 25th day of September, 2015.